```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 17-01645-JJT
Michael A. Snyder                                           Chapter 7
Jennifer L. Snyder
         Debtors              CERTIFICATE OF NOTICE
District/off: 0314-4        User: admin           Page 1 of 1         Date Rcvd: Aug 14, 2017
                            Form ID: fnldecac     Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2017.
db/jdb      +Michael A. Snyder,   Jennifer L. Snyder,   1530 Trevorton Road,   Coal Township, PA 17866-7735

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      James M Bach    on behalf of Debtor Michael A. Snyder JMB@JamesMBach.com,
   staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
      James M Bach    on behalf of Joint Debtor Jennifer L. Snyder JMB@JamesMBach.com,
   staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
      Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
      Thomas I Puleo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                              TOTAL: 6

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michael A. Snyder  
1530 Trevorton Road  
Coal Township, PA 17866

Chapter 7  
Case No. 4:17−bk−01645−JJT

Jennifer L. Snyder  
fka Jennifer L. Dehoutaint  
1530 Trevorton Road  
Coal Township, PA 17866

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−8467  
xxx−xx−4258

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 11, 2017

BY THE COURT  
By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk